# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM L. BEECHER, et al | JUDGMENT IN A CIVIL CASE |
| v. | |
| GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIOR, LLP., et al | CASE NUMBER: C09-5661RJB |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Plaintiff's Motion for Remand to Pierce County Superior Court (Dkt. 12) is **GRANTED**; Defendant's Motion to Stay and Compel Arbitration (Dkt. 7) is **STRICKEN** as moot; the case is remanded to the Superior Court of Pierce County, Washington from which it was removed for further adjudication. Defendants' request to strike (Dkt. 34) Brain Reply Declaration and exhibits to Plaintiff's Reply in Support of Motion to Remand is **DENIED**.

| | |
|---|---|
| December 3, 2009 | BRUCE RIFKIN |
| | Clerk |
| | |
| | /s/ Dara L. Kaleel |
| | By Dara L. Kaleel, Deputy Clerk |